

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2015

No. 04-15-00107-CV

Justin V. **HAYNES**,
Appellant

v.

Alicia Bryan **HAYNES**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-14023
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion to Abate Appeal or to Extend Time to File Appellant's Brief is GRANTED. The appeal is abated until August 17, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court